## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC PACKAGING INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> INLINE PACKAGING, LLC, <br><br> Defendant. | C.A. No. 15-482-GMS |

## **MOTION TO TRANSFER VENUE**

Defendant Inline Packaging, LLC ("Inline") respectfully moves the Court to transfer this case to the District of Minnesota pursuant to 28 U.S.C. § 1404(a). This motion is brought based upon Inline's accompanying memorandum of law, declarations in support, and applicable law.

Date: July 6, 2015

  */s/ Kenneth L. Dorsney*
  Kenneth L. Dorsney (#3726)
  MORRIS JAMES LLP
  500 Delaware Avenue, Suite 1500
  Wilmington, DE 19801
  (302) 888-6800
  kdorsney@morrisjames.com

  Of Counsel:
  WINTHROP & WEINSTINE, P.A.
  Robert R. Weinstine (admitted *pro hac vice*)
  Justice Ericson Lindell (admitted *pro hac vice*)
  225 South Sixth Street, Suite 3500
  Minneapolis, MN 55402
  T 612.604.6400 | F 612.604.6800
  rweinstine@winthrop.com
  jlindell@winthrop.com

  *Counsel for Defendant Inline Packaging, LLC*