IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHIC PACKAGING INTERNATIONAL, INC., ) ) ) ) Plaintiff, ) ) v. ) ) INLINE PACKAGING, LLC, ) ) Defendant. ) ) | C.A. No. 15-482 (GMS) |

## ORDER

WHEREAS, on July 6, 2015, the defendant Inline Packaging, LLC ("Inline") filed a Motion to Transfer this case to the District of Minnesota (D.I. 13);

WHEREAS, on July 23, 2015, the plaintiff Graphic Packaging International, Inc. ("Graphic Packaging") filed an Answering Brief in Opposition (D.I. 19);

WHEREAS, on August 3, 2014, Inline filed a Reply Brief (D.I. 22);

WHEREAS, having considered the party's positions as set forth in their papers, the pleadings, as well as the applicable law;

IT IS HEREBY ORDERED that Inline's Motion to Transfer under 28 U.S.C. § 1404(a) is GRANTED.

Dated: September 1, 2015

_____
UNITED STATES DISTRICT JUDGE